IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVIA UJHELYI,

    Plaintiff,

v.

TOM VILSACK,

    Defendant.

    /

No. C 12-04282 CRB

**ORDER GRANTING CONTINUANCE**

    Good cause appearing, the Court GRANTS Plaintiff's motion for a continuance (dkt. 3), though only for two months rather than the three Plaintiff requested. The new deadlines are as follows: ADR-related filings set out in ADR order (dkt. 2) due by **5:00 p.m. on December 28, 2012**; Case Management Statement **due by 5:00 p.m. on January 11, 2012**; Case Management Conference to be held at **8:30 a.m. on January 18, 2012**.

**IT IS SO ORDERED.**

Dated: October 16, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4282\order granting continuance.wpd