1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
7       FAX: (415) 436-6740
        Rebecca.falk@usdoj.gov

8
   Attorneys for Defendant

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   LIVIA UJHELYI,                    )   NO. 12-04282 JSW
14                                   )
            Plaintiff,               )   JOINT STIPULATION AND [PROPOSED] ORDER
15                                   )   CONTINUING SETTLEMENT CONFERENCE
       v.                            )
16                                   )
   TOM VILSACK, SECRETARY, U.S.      )
17 DEPARTMENT OF AGRICULTURE,        )
                                     )
18          Defendant.               )

19

20

21

22

23

24

25

26

27

28
   JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
   NO. 12-04282 JSW

**STIPULATION**

Subject to the approval of the Court, Plaintiff *pro se* Livia Ujhelyi ("Plaintiff") and Federal Defendant Tom Vilsack, Secretary of the U.S. Department of Agriculture, by and through his counsel of record, hereby stipulate and agree as follows:

1.  Plaintiff filed the Complaint in this action on August 14, 2012. Dkt. No. 1.

2.  On January 16, 2013, the Court set a Settlement Conference for May 21, 2013. Dkt. No. 10.

3.  On March 15, 2013, in response to Plaintiff's Complaint, on March 15, 2013, Defendant filed a Motion to Dismiss. Dkt. No. 16.

4.  On May 8, 2013, the Court continued the Settlement Conference to June 26, 2013. See Dkt. No. 41.

5.  On May 23, 2013, The Court granted in part and denied in part Defendant's Motion. Dkt. No. 43.

6.  On June 18, 2013, the Court set reset the Settlement Conference for September 4, 2013. Dkt. No. 45.

7.  On June 24, 2013, Plaintiff filed a First Amended Complaint. Dkt. No. 46, 47.

8.  On June 28, 2013, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint. Dkt. No. 49.

9.  On August 7, 2013, the Court denied Defendant's motion to dismiss Plaintiff's First Amended Complaint. Dkt. No. 60.

10. In order to provide sufficient time to conduct discovery prior to any Settlement Conference, the parties hereby respectfully request that Settlement Conference and all related deadlines be continued until November 13, 2013, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

///

///

///

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
NO. 12-04282 JSW

1   Dated:  August 21, 2013                    Respectfully Submitted,

2                                              MELINDA HAAG
                                               United States Attorney
3

4                                                   */s/ Rebecca A. Falk*
                                               REBECCA A. FALK[1]
5                                              Assistant United States Attorney

6

7   Dated:  August 21, 2013                    Respectfully Submitted,

8

9                                                   */s/ Livia Ujhelyi*
                                               Livia Ujhelyi
10                                             Plaintiff, pro se

11

12

13                              ~~[PROPOSED]~~ **ORDER**

14          Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered

15   that the Settlement Conference scheduled for September 4, 2013 will be continued until November 13,

16   2012 or as soon thereafter as is convenient for the Court.
        Case Management Statements are to be lodged by November 6, 2013.

17

18   **IT IS SO ORDERED.**

19   DATED:  August 23, 2013

20                                             HONORABLE MARIA-ELENA JAMES
                                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27
          [1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in
28   the filing of this document has been obtained from the other signatory listed here.

     JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
     NO. 12-04282 JSW