MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7022
  FAX: (415) 436-6748
  rebecca.falk@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIVIA UJHELYI,<br><br>  Plaintiff,<br><br> v.<br><br>TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE,<br><br>  Defendant. | Case No. 12-04282 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED |

JOINT STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND SETTING CMC
No. 12-04282 JSW

Plaintiff Livia Ujhelyi ("Plaintiff") and Federal Defendant Tom Vilsack, Secretary, U.S. Department of Agriculture ("Federal Defendant"), by and through its counsel of record, hereby stipulate and agree as follows:

1. On October 7, 2013, in light of the lapse of federal appropriations to the Department of Justice, the Federal Defendant moved this Court for an order staying the above-captioned matter until after Congress restored funding to the Department of Justice and the shutdown of the federal government came to an end. Dkt. No. 72.

2. On October 8, 2013, Plaintiff filed a Motion to Strike Portions of Defendant's Answer to Plaintiff's First Amended Complaint. Dkt. No. 73.

3. On October 11, 2013, at the Case Management Conference, this Court granted as the Federal Defendant's motion. Dkt. No. 74.

4. On October 17, 2013, after funding was restored, furloughed employees of the Department of Justice returned to work.

5. Due to the government shutdown and stay in the above-captioned matter, the parties agree that Defendant will have until October 30 to file an Opposition to Plaintiff's Motion to Strike Portions of Defendant's Answer to Plaintiff's First Amended Complaint. Plaintiff's Reply will be due on November 6, 2013. A hearing on this matter is scheduled for December 6, 2013.

6. The parties hereby agree that work on this case may resume and respectfully request that the stay in the above-captioned matter be lifted.

7. In addition, the parties agree that they are available for a Continued Case Management Conference on December 6, 2013.

///

///

///

///

///

JOINT STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND SETTING CMC
No. 12-04282 JSW

Dated: October 23, 2013  Respectfully Submitted,

MELINDA HAAG
United States Attorney

   /s/ Rebecca A. Falk
REBECCA A. FALK[1]
Assistant United States Attorney

Dated: October 23, 2013     /s/ Livia Ujhelyi
LIVIA UJHELYI
Pro Se

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: October __23__, 2013

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

The Court will set the case management conference at 9:00 a.m. immediately following the motion hearing. However, if the Court finds the motion suitable for disposition without oral argument, it shall hold the case management conference at 1:30 p.m. on its normal case management calendar. If Plaintiff wishes to appear by phone at the hearing, she may submit a request to do so.

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

JOINT STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND SETTING CMC
No. 12-04282 JSW