UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA UJHELYI, | No. C12-04282 JSW(MEJ) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| TOM VILSACK, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **February 4, 2014, at 10:30 a.m.**, in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **January 29, 2014.** Each party shall also submit their updated statements in pdf format and email their statement to: **MEJPO@cand.uscourts.gov**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case. Plaintiff, Livia Ujhelyi, is **ORDERED** by the Court to appear in person at the further Settlement Conference. The Court **will not** excuse Plaintiff from attending the Settlement Conference in person.

The parties shall notify the undersigned's Courtroom Deputy, Rose Maher immediately at **(415) 522-4708** if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

**IT IS SO ORDERED.**

Dated: November 20, 2013

MARIA-ELENA JAMES
United States Magistrate Judge