UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIVIA UJHELYI,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM VILSACK, SECRETARY<br><br>U.S. DEPARTMENT OF AGRICULTURE, AGENCY<br><br>    Defendant. | Case Number: C 12-04282 JSW<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S OPPOSED MOTION EXTENDING NON-EXPERT DISCOVERY CUT-OFF TIME BY 60 DAYS<br><br>(Docket No. 93)<br><br>HONORABLE JEFFREY S. WHITE<br><br>UNITED STATES DISTRICT JUDGE |

The time for filing an opposition to Plaintiff's motion has passed. Defendant has not filed an opposition brief, however Plaintiff states that he opposes the motion. Accordingly,

~~On April 21, 2014, the Plaintiff filed her Opposed Motion Requesting an Order Changing Time and Order Extending Non-Expert Discovery Cut-Off Time by 60 Days~~. Having considered the pleadings, papers on file, supporting evidence, and finding just cause, the Court GRANTS IN PART Plaintiff's motion ~~to extent time for a no-expert discovery for sixty days~~ and it extends the deadline for non-expert discovery from April 30, 2014 to ~~June 30, 2014~~. May 30, 2014.

IT IS SO ORDERED.

DATED: April 28, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S MOTION TO EXTEND DISCOVERY 5
No. C 12-04282 JSW