IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVIA UJHELYI,

    Plaintiff,

v.

TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE

    Defendant.

                                          /

No. C 12-04282 JSW

**ORDER REQUIRING RESPONSE FROM DEFENDANT**

On June 6, 2014, Plaintiff filed a motion to compel discovery. Defendant has moved to strike the motion on the basis that it does not comply with this Court's standing orders and is untimely. However, he has not filed a substantive response. In light of the fact that Plaintiff is proceeding pro se, and in light of the pending summary judgment motion, the Court concludes that a substantive response is warranted. Accordingly, Defendant shall file a substantive response to the motion to compel by no later than July 1, 2014. Plaintiff shall not file a reply unless the Court determines a reply is necessary.

**IT IS SO ORDERED.**

Dated: June 23, 2014

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE