IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVIA UJHELYI,

    Plaintiff,

    v.

TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE

    Defendant.

    /

No. C 12-04282 JSW

**ORDER VACATING HEARING**

This matter is scheduled for a hearing on July 25, 2014 to consider Defendant's motion for summary judgment. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. Accordingly, the Court VACATES the hearing, the motion is deemed submitted, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: July 21, 2014

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE