IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA UJHELYI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE<br><br>　　　　Defendant.<br>_____/ | No. C 12-04282 JSW<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE AND DECLARATIONS** |

On July 28, 2014, Plaintiff filed a "Rule 56(d) Motion to Continue Secretary Vilsack Motion for Summary Judgment," after the briefing on the motion was final and after the Court vacated the hearing and took the motion under submission. Plaintiff also filed two declarations, that purport to support her verification of documents that previously were filed in this case.

It is HEREBY ORDERED that Defendant shall a substantive response to these filings by no later than August 4, 2014. **Plaintiff shall not file a reply. If Plaintiff files any document that the Court construes to be an unauthorized reply and does not seek leave of court to do so, the Court shall strike that filing without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: July 29, 2014

　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE