IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVIA UJHELYI,

    Plaintiff,

v.

TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE

    Defendant.

No. C 12-04282 JSW

**ORDER CONTINUING TRIAL AND PRETRIAL**

The Court has received and considered Defendant's administrative motion to vacate the pretrial filings deadlines, the pretrial conference, and the trial date. Plaintiff has advised Defendant that she opposes the request. Because Defendant's motion for summary judgment is still under submission, the Court GRANTS the motion, in part. The Court will not vacate the dates, but it will continue them. Accordingly, the Court HEREBY CONTINUES the pretrial conference to Monday, November 3, 2014 at 2:00 p.m., the trial to Monday, December 1, 2014 at 8:00 a.m., and the Court shall conduct jury selection on December 1, 2014. The parties' pretrial filings shall be due on Monday, October 20, 2014. If these dates are not available to either of the parties, they may request a continuance, but they should include proposed dates in any such request.

**IT IS SO ORDERED.**

Dated: August 6, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE