IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA UJHELYI, | |
|     Plaintiff, | No. C 12-04282 JSW |
| v. | **ORDER REGARDING FURTHER FILINGS** |
| TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE | |
|     Defendant. | |

Defendant's motion for summary judgment and Plaintiff's motion to compel discovery are pending before the Court. The Court has received Plaintiff's recent filings regarding a request for leave to file a request for judicial notice, a motion for sanctions, and a request for leave to file a reply to Defendant's response to the request for leave to file the request for judicial notice and the motion for sanctions.

The Court has all of these matters under consideration. It is HEREBY ORDERED that unless the Court orders a response from any party, the parties shall not file any further motions, responses, or requests for leave to file, until the Court has issued Orders resolving the submitted matters.

**IT IS SO ORDERED.**

Dated: August 19, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE