IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA UJHELYI,<br><br>    Plaintiff,<br><br>  v.<br><br>TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE<br><br>    Defendant.<br>_____/ | No. C 12-04282 JSW<br><br>**ORDER RE PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S BILL OF COSTS** |

On November 3, 2014, Plaintiff filed a "motion" in opposition to Defendant's bill of costs, which she noticed for a hearing on December 19, 2014. On November 10, 2014, the Clerk taxed costs against Plaintiff. On November 17, 2014, Defendant filed an amended bill of costs. The Court DENIES, Plaintiff's motion, in opposition, as moot.

If Plaintiff seeks to have this Court review the Clerk's taxation of costs, she may renew her motion, which shall be supported by the legal and factual authority for her assertion that costs should not be taxed against her. Plaintiff need not notice the motion for a hearing. The Court shall resolve any such motion on the papers.

**IT IS SO ORDERED.**

Dated: December 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE