IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVIA UJHELYI,

    Plaintiff,

v.

TOM VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE

    Defendant.

No. C 12-04282 JSW

**ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE ON MOTION TO REVIEW TAXATION OF COSTS**

**(Docket No. 168)**

On December 26, 2014, Plaintiff filed a motion in opposition to the Clerk's taxation of Defendant's amended bill of costs, which the Court construes as a motion to review taxation of costs. Plaintiff noticed that motion for a hearing on December 31, 2014, which does not comport with the Northern District Civil Local Rules. The Court VACATES that hearing date, and it shall decide the motion on the papers.

It is FURTHER ORDERED that Defendant's opposition, if any, shall be due on January 9, 2015, and Plaintiff's reply shall be due on January 16, 2015. The matter will then be at issue, and the Court shall issue an Order in due course.

Dated: December 30, 2014

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE